IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARISELA PESCADOR,<br><br>        Defendant. | 4:15CR3010<br><br>ORDER |

The court has released the defendant on conditions which do not include the posting of any bond.

Accordingly, on the court's own motion,

IT IS ORDERED that the $50,000 surety bond lodged on March 2, 2015 in the Central District of California (Riverside), and secured by real estate described as 26199 Leafwood Drive, Moreno Valley, CA 92555, is exonerated.

DATED this 12th day of March, 2015.

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge