# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>MARISELA PESCADOR,<br><br>                Defendant. | 4:15CR3010<br><br>**ORDER** |

Defendant has moved to modify the no contact provision of her conditions of release, (filing no. 43), to permit contact with her husband, the co-defendant. The motion is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to modify condition of release, (filing no. 43), is granted.

2) Pending trial, the defendant shall comply with all terms and conditions of release which were previously imposed, with the following modification: The defendant is allowed to have contact with Co-defendant, Sergio Valencia, Sr., but they shall not talk or otherwise communicate about this case.

April 7, 2015.

                                                                         BY THE COURT:

                                                                         *s/ Cheryl R. Zwart*
                                                                         United States Magistrate Judge