IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3010 |
| vs. | |
| MARISELA PESCADOR, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 161) is granted.

2. Defendant Marisela Pescador's sentencing is continued to December 16, 2016, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 13th day of October, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge